### 15293.   CRIDER v. HUGHES.

BROYLES, C. J.   Under all the facts of the case it does not appear that the overruling of the certiorari was error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 15, 1924.   ·

Certiorari; from Fulton superior court—Judge Humphries. November 24, 1923.

*W. A. James,* for plaintiff in error.

*A.· C. Minhinnett Jr.,* contra.